No. 11,613.

LONDON GUARANTEE AND ACCIDENT CO., ET AL. *v.* INDUSTRIAL COMMISSION, ET AL.

Decided October 4, 1926.

Proceeding under the workmen's compensation act. Judgment of the district court affirming an award of the commission for accidental injury to a wooden leg.

*Reversed.*

1. WORKMEN'S COMPENSATION—*Personal Injuries—Artificial Limbs.* Under the workmen's compensation act compensation can be awarded for personal injuries only, and not for injury to an artificial limb.

*Error to the District Court of the City and County of Denver, Hon. George F. Dunklee, Judge.*

Mr. William E. Hutton, Mr. J. P. Nordlund, for plaintiffs in error.

Mr. William L. Boatright, Attorney General, Mr. Jean S. Breitenstein, Assistant, for defendants in error.

*En banc.*

Mr. Justice Denison delivered the opinion of the court.

The district court affirmed an award of the commission to the claimant Chambers for the accidental injury of his wooden leg.

Compensation can be awarded for personal injuries only (C. L. §§ 4389, 4387, 4388, 4404), which means injury to the person. 1 Honnold on Workmen's Comp. § 92; *Miller v. American Steel & Wire Co.,* 90 Conn. 349, 360, 97 Atl. 345, L. R. A. 1916 E, 510; *Linnane v. Aetna Brewing Co.,* 91 Conn. 158, 99 Atl. 507, L. R. A. 1917 D, 77; C. J. Treatise on Work. Comp. p. 63, § 54. So in criminal law. *State v. Clayborne,* 14 Wash. 622, 45 Pac. 303; 30 Cyc. 1529; Bouv. L. D. A wooden leg is a man's property, not part of his person, and no compensation can be awarded for its injury.

Judgment reversed with directions to disaffirm the award.

Mr. Justice Campbell not participating.